1

2

3

4   UNITED STATES DISTRICT COURT

5   NORTHERN DISTRICT OF CALIFORNIA

6   SAN JOSE DIVISION

7

8   IN RE EX PARTE APPLICATION OF KEI          Case No.  20-mc-80183-VKD
    ANIMAL CLINIC,
9
                    Applicant.
10                                             **SECOND ORDER DENYING**
                                               **WITHOUT PREJUDICE EX PARTE**
11                                             **APPLICATION FOR DISCOVERY**
                                               **PURSUANT TO 28 U.S.C. § 1782**
12

13

14          On October 30, 2020, the Court denied without prejudice KEI Animal Clinic's ("KEI") ex

15   parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of a subpoena for

16   documents on Google LLC ("Google").  Dkt. No. 7.  As the Court noted, KEI's application did

17   not include a proposed subpoena and referred to information that appeared to be unrelated to the

18   user of the Google account at issue.  The Court permitted KEI to "file a proposed subpoena that

19   specifically describes the documents it seeks from Google for the Court's review."  *Id.* at 7.

20          On November 4, 2020, KEI filed a proposed order that stated, in relevant part:

21                  The subpoena may seek only the names, physical and email
                    addresses, and telephone numbers of the registered users of the
22                  "Chanyama" username.

23   Dkt. No. 8 at 1.  However, KEI attached a proposed subpoena to the proposed order which

24   describes a much broader set of documents:

25                  1.  All Documents showing the login histories of "Chanyama"
                    account from June 1, 2020 to the present, including dates, times, IP
26                  addresses, and access type for each login.

27                  2.  All Documents identify the user "Chanyama" from June 1, 2020
                    [to] the present, including all names, addresses, e-mail addresses
28                  (including email corresponding with the [G]oogle account, email

United States District Court
Northern District of California

address for recovery or alternate purpose), telephone numbers. *Id.* at 6–7.

KEI provides no explanation for this inconsistency.  In addition, KEI's ex parte application provides no justification for a request to obtain discovery of the breadth of information described in the proposed subpoena, which goes well beyond the identity of the account holder.  Finally, the proposed subpoena does not appear to identify the account at issue with the same specificity as in the application.  *Compare* Dkt. No. 3 ¶ 8 *with* Dkt. No. 8 at 6.

The Court again denies KEI's application without prejudice.

**IT IS SO ORDERED.**

Dated: November 6, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California