UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF KEI ANIMAL CLINIC,<br><br>Applicant. | Case No. 20-mc-80183-VKD<br><br>**THIRD ORDER DENYING EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**<br><br>Re: Dkt. No. 10 |

On October 30, 2020, the Court denied without prejudice KEI Animal Clinic's ("KEI") ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of a subpoena for documents on Google LLC ("Google"). Dkt. No. 7. As the Court noted, KEI's application did not include a proposed subpoena and referred to information that appeared to be unrelated to the user of the Google account at issue. The Court permitted KEI to "file a proposed subpoena that specifically describes the documents it seeks from Google for the Court's review." *Id.* at 7.

On November 4, 2020, KEI filed a proposed subpoena. Dkt. No. 8. On November 6, 2020, the Court again denied without prejudice KEI's application because the proposed subpoena did not specifically identify the account at issue and because KEI provided no justification for obtaining discovery beyond the identity of the account holder. Dkt. No. 9.

On November 20, 2020, KEI filed a proposed subpoena that demands production of:

> The name used on this account, addresses, e-mail addresses, recovery telephone number(s) and telephone numbers of the registered user for the "Chan yama" account.

Dkt. No. 10 at 3. The subpoena does not define "this account" or "the 'Chan yama' account," or provide any other information that might permit Google to identify the account at issue. This error

is particularly surprising in view of the Court's last two orders denying KEI's application for failure to attach a proposed subpoena that accurately and specifically describes the documents for which discovery is sought.

The Court again denies KEI's application without prejudice.  The Court cautions Applicant that a further failure to comply with the Court's prior orders and directions regarding submission of a proposed subpoena may result in denial of the application *with prejudice*.

**IT IS SO ORDERED.**

Dated: November 30, 2020



VIRGINIA K. DEMARCHI
United States Magistrate Judge